FILED: August 3, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1802

(2:20-cv-03579-RMG)

_____

CITY OF CHARLESTON

        Plaintiff - Appellee

v.

BRABHAM OIL COMPANY, INC.; COLONIAL GROUP, INC.; ENMARK STATIONS, INC.; COLONIAL PIPELINE COMPANY; PIEDMONT PETROLEUM CORP.; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL PLC, f/k/a Royal Dutch Shell plc; SHELL USA, INC., f/k/a Shell Oil Company; SHELL OIL PRODUCTS COMPANY LLC; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; BP PLC; BP AMERICA, INCORPORATED; MARATHON PETROLEUM CORPORATION; MARATHON PETROLEUM COMPANY LP; SPEEDWAY LLC; MURPHY OIL CORPORATION; MURPHY OIL USA, INC.; HESS CORPORATION; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY

        Defendants - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of South Carolina at Charleston |
|---|---|
| Originating Case Number | 2:20-cv-03579-RMG |
| Date notice of appeal filed in originating court: | 08/02/2023 |

| Appellants | Brabham Oil Company, Inc., et al |
| --- | --- |
| Appellate Case Number | 23-1802 |
| Case Manager | Cathy Poulsen<br>804-916-2702 |