UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**DISCLOSURE STATEMENT**

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. __23-1802__     Caption: City of Charleston v. Brabham Oil Company, Inc.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Brabham Oil Company, Inc.
(name of party/amicus)

who is _____Appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☐ YES ☑ NO
   If yes, identify all parent corporations, including all generations of parent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☑YES ☐NO
If yes, identify entity and nature of interest:

   Please see attached explanation.

5. Is party a trade association? (amici curiae do not complete this question) ☐YES ☑NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐YES ☑NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim? ☐YES ☑NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: s/J. Calhoun Watson    Date: 08/15/2023

Counsel for: Brabham Oil Company, Inc.

- 2 -

Print to PDF for Filing

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**ATTACHMENT TO DISCLOSURE STATEMENT**
**BRABHAM OIL COMPANY, INC.**

No. 23-1802  Caption: City of Charleston v. Brabham Oil Company, Inc.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Brabham Oil Company, Inc.  - Appellant
(name of party/amicus)

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ✔ YES   NO
If yes, identify entity and nature of interest:

**The following entities named as Defendants in this case are either publicly held or subsidiaries of publicly held entities: Exxon Mobil Corporation; Exxon Oil Mobil Corporation; Royal Dutch Shell plc; Shell Oil Company; Shell Oil Products Company; BP p.l.c.; BP America Inc.; Chevron Corporation; Chevron U.S.A. Inc.; Marathon Petroleum Corporation; Marathon Petroleum Company LP; Speedway LLC; Murphy Oil Corporation; Murphy Oil USA, Inc.; Hess Corporation; ConocoPhillips; ConocoPhillips Company; Phillips 66; and Phillips 66 Company.**

**These publicly held entities have a direct financial interest in the outcome of the litigation as they are named Defendants in the case.**