# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Theodore J. Boutrous, Jr.
Direct: +1 213.229.7804
Fax: +1 213.229.6804
TBoutrous@gibsondunn.com

March 6, 2024

<u>VIA ECF</u>

Nwamaka Anowi
Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 21319

    Re:    *City of Charleston v. Brabham Oil Co.*, No. 23-1802
            Defendants-Appellants' Response to Plaintiffs-Appellees' Notice of Supplemental Authority

Dear Ms. Anowi:

       Defendants-Appellants respectfully respond to Plaintiffs-Appellees' notice of supplemental authority regarding the decision by a panel of this Court in *Anne Arundel County v. BP p.l.c.*, No. 22-2082, __ F.4th __, 2024 WL 764140 (4th Cir. Feb. 24, 2024).

       Defendants respectfully disagree with the panel's decision in *Anne Arundel*, and those Defendants that are also involved in that case are evaluating their options for further review of that ruling. Defendants acknowledge, however, that *Anne Arundel* presently forecloses their federal officer removal and *Grable* arguments in this appeal. Importantly, however, the primary argument advanced by Defendants in this appeal—that the district court erred in holding that the two non-diverse Defendants in this litigation were not fraudulently joined—is unaffected by *Anne Arundel* and requires resolution in this appeal. *See* OB.14-35. This issue has not been addressed by this Court or by any other federal court of appeals in any of the climate lawsuits to date.

Sincerely,

<u>/s/ Theodore J. Boutrous, Jr.</u>

Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
*Counsel for Defendants-Appellants*
*Chevron Corporation and Chevron U.S.A.*

cc: All counsel of record (via ECF)

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · Riyadh · San Francisco · Singapore · Washington, D.C.