IN THE UNITED STATE COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **CITY OF CHARLESTON,**<br><br>*Plaintiff-Appellee*<br>v.<br><br>**BRABHAM OIL COMPANY, INC.; COLONIAL GROUP, INC.; ENMARK STATIONS, INC.; COLONIAL PIPELINE COMPANY; PIEDMONT PETROLEUM CORP.; EXXON MOBIL CORP.; EXXONMOBIL OIL CORP.; SHELL PLC; SHELL USA, INC.; SHELL OIL PRODUCTS COMPANY LLC; CHEVRON CORP.; CHEVRON U.S.A INC.; BP PLC; BP AMERICA, INC,; MARATHON PETROLEUM CORP.; MARATHON PETROLEUM COMPANY LP; SPEEDWAY LLC; MURPHY OIL CORP.; MURPHY OIL USA, INC.; HESS CORP.; CONOCOPHILLIP; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY,**<br><br>*Defendants-Appellants.* | **APPEAL NO. 23-1802**<br>(2:20-cv-3579-RMG) |

## **MOTION TO WITHDRAW AS COUNSEL**

Under Local Rule 46(c), Daniel R. Brody and Jameson R. Jones of Bartlit Beck LLP respectfully request to withdraw their appearance as counsel for Defendants-Appellees ConocoPhillips and ConocoPhillips Company (together, "ConocoPhillips Defendants"). Daniel R. Brody and Jameson R. Jones seek the Court's permission to withdraw as counsel for the ConocoPhillips Defendants in the above appeal. We no longer represent the ConocoPhillips Defendants, and they consent to our withdrawal. The ConocoPhillips Defendants will continue to be represented in this matter by the other counsel of record who have filed appearances on their behalf, namely, Alice Witherspoon Parham Casey, Rachael Lewis Anna, Meliah Bowers

Jefferson, and De'Ericka Shaquanna Aiken. A copy of this motion has been served on ConocoPhillips.

Dated: May 9, 2024        Respectfully Submitted,

**BARTLIT BECK LLP**

/s/ *Daniel R. Brody*
Daniel R. Brody
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Tel.: (303) 592-3100
Email: dan.brody@bartlitbeck.com

## **CERTIFICATE OF COMPLIANCE**

  This motion complies with the Federal Rule of Appellate Procedure 27(d)(2)(A)'s length limit because it contains 117 words, as determined by the Microsoft Word word-processing system used to prepare it.

            /s/ *Daniel R. Brody*
            Daniel R. Brody