No. 23-1802

---

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

CITY OF CHARLESTON,

*Plaintiff-Appellee,*

v.

BRABHAM OIL COMPANY, INC.; COLONIAL GROUP, INC.; ENMARK STATIONS, INC.; COLONIAL PIPELINE COMPANY; PIEDMONT PETROLEUM CORP.; EXXON MOBIL CORP.; EXXONMOBIL OIL CORP.; SHELL PLC; SHELL USA, INC.; SHELL OIL PRODUCTS COMPANY LLC; CHEVRON CROP.; CHEVRON U.S.A. INC.; BP PLC; BP AMERICA, INC.; MARATHON PETROLEUM CORP.; MARATHEON PETROLEUM COMPANY LP; SPEEDWAY LLC; MURPHY OIL CORP.; MURPHY OIL USA, INC.; HESS CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY,

*Defendants-Appellants.*

---

Appeal from the United States District Court
for the District of South Carolina, No. 2:20-cv-03579-RMG
(The Honorable Richard M. Gergel)

---

**MOTION TO WITHDRAW APPEARANCE AS COUNSEL**

---

Nancy G. Milburn of the law firm Arnold & Porter Kaye Scholer LLP hereby moves to withdraw her appearance as counsel for BP p.l.c. and BP America Inc. in this matter, as Ms. Milburn has retired from the active practice of law.

Diana Reiter, Jonathan W. Hughes, and John D. Lombardo of Arnold

1

& Porter Kaye Scholer LLP, and Merritt G. Abney of Nelson Mullins Riley & Scarborough LLP, continue to serve as counsel for BP p.l.c. and BP America Inc. Accordingly, the withdrawal of Ms. Milburn will not result in any prejudice or delay. The client has been notified of Ms. Milburn's withdrawal and does not oppose.

Dated: September 6, 2024                    Respectfully submitted,

                                              By:   */s/ Nancy G. Milburn*
                                                      Nancy G. Milburn

                                        Nancy G. Milburn
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
nancy.milburn@arnoldporter.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: September 6, 2024, 2024

/s/    *Nancy G. Milburn*
Nancy G. Milburn
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
nancy.milburn@arnoldporter.com