UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1802
(2:20-cv-03579-RMG)

_____

CITY OF CHARLESTON

    Plaintiff - Appellee

v.

BRABHAM OIL COMPANY, INC.; COLONIAL GROUP, INC.; ENMARK STATIONS, INC.; COLONIAL PIPELINE COMPANY; PIEDMONT PETROLEUM CORP.; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL PLC, f/k/a Royal Dutch Shell plc; SHELL USA, INC., f/k/a Shell Oil Company; SHELL OIL PRODUCTS COMPANY LLC; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; BP PLC; BP AMERICA, INCORPORATED; MARATHON PETROLEUM CORPORATION; MARATHON PETROLEUM COMPANY LP; SPEEDWAY LLC; MURPHY OIL CORPORATION; MURPHY OIL USA, INC.; HESS CORPORATION; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY

    Defendants - Appellants

-------------------------------

ROBERT S. TAYLOR

    Amicus Supporting Appellee

_____

O R D E R

_____

Upon review of the motion to submit on the briefs and the response in opposition with combined motion to reschedule oral argument, the court defers consideration of the motions pending assignment of the case to a panel for pre-argument review.

                                        For the Court--By Direction

                                        /s/ Nwamaka Anowi, Clerk